SIMON KIRSCHBAUM et al., as Executors of MOSES MAY,
Deceased, Respondents, *v.* FREDERICK W. R. ESCH-
MANN, Appellant.

*Kirschbaum* v. *Eschmann*, 154 App. Div. 956, affirmed.
(Argued October 21, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered January 25, 1913, affirming a judgment in favor
of plaintiffs entered upon a verdict in an action to recover
the unpaid balance owing by defendant on a loan of
$15,000 made by the Broadway Trust Company to the

41

United Educational Company at defendant's request upon the security and faith of a written agreement duly acknowledged by the defendant providing that defendant shall and will pay for at par to the United Educational Company or its assignees for 1,500 shares of its preferred stock and that the agreement itself shall be negotiable and may be assigned, transferred and made over to the Broadway Trust Company to secure the loan to be made by it to said educational company.

*H. Aplington* for appellant.

*Ira Leo Bamberger* and *Sidney Lowenthal* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, CHASE, COLLIN, HOGAN and MILLER, J. Not voting: WILLARD BARTLETT, Ch. J. Not sitting: CARDOZO, J.